UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCEE LARSON,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMONSPIRIT HEALTH,<br><br>              Defendant. | Case No.  2:23-cv-00747-TLN-JDP<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this civil action against Defendants.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On February 23, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  The time to file objections has passed, and no objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court …."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed findings and recommendations filed on, February 23, 2024, (ECF No. 5) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: March 27, 2024

_____
Troy L. Nunley
United States District Judge

2